# INDEX OF EXHIBITS
## IN SUPPORT OF FOOTPRINT INTERNATIONAL, LLC'S
## MOTION FOR PRELIMINARY INJUNCTION

| Exhibit No. | Description |
|---|---|
| 1 | Declaration of Brandon Moore (January 12, 2024) |
| 2 | Declaration of Will Stevens (January 11, 2024) |
| 3 | Declaration of Collin Euteneuer (January 12, 2024) |
| 3A | Master Supply Agreement (December 8, 2021) |
| 3B | Amendment No. 1 to Master Supply Agreement (October 31, 2022) |
| 3C | Purchase Order Terms and Conditions (Goods and Services) (downloaded January 2, 2024) |
| 4 | Arizona Corporation Commission, *Articles of Organization of Earth Pkg, LLC* (March 21, 2023) |
| 5 | Hong Kong Companies Registry, *Annual Return*, Footprint Asia Limited (December 14, 2022) |
| 6 | Hong Kong Companies Registry, *Return of Allotment*, Footprint Asia Limited (July 1, 2023) |
| 7 | G-COVE, *About Us*, https://www.g-cove.com/About-Us.html (downloaded January 11, 2024) |
| 8 | Footprint Asia Limited, *Contact Us*, https://asia-footprint.com/en/contact-us/ (downloaded January 10, 2024) |
| 9 | G-COVE, *Contact Us*, https://www.g-cove.com/Contact-Us.html (downloaded January 10, 2024) |
| 10 | Document Bates stamped NEWTON000319 (5/1/2023 Email from C. Newton to E. Chua and S. Bao), produced in Maricopa County Superior Court Case No. CV2023-016885 (with redactions) |
| 11 | Document Bates stamped NEWTON002730 (11/30/2023 Emails between C. Newton, E. Chua, and S. Bao), produced in Maricopa County Superior Court Case No. CV2023-016885 (with redactions) |

| 12 | Document Bates stamped NEWTON002226 (5/12/2023 Email from E. Chua to C. Newton and others), produced in Maricopa County Superior Court Case No. CV2023-016885 |
|---|---|
| 13 | Footprint, *About Us*, https://www.footprintus.com/about (downloaded January 12, 2024) |

# Exhibit 1

## DECLARATION OF BRANDON MOORE

I, Brandon Moore, state as follows:

1. I am Vice President of Design for the Plaintiff in this case, Footprint International, LLC ("Footprint").

2. I have a degree in Packaging Engineering from the University of Wisconsin-Stout.

3. In my role as Vice President of Design for Footprint, I oversee the development of the designs and specifications for Footprint's products.

4. From my work I am personally familiar with the design, look, and feel of Footprint's products, as well as with the design, look, and feel of the products of competitors in the marketplace.

5. Footprint expends considerable resources in developing and tailoring its product designs so that each product is functional, sustainable, and meets the customer's needs and Footprint's quality standards. Working with customers to create, tailor, and perfect these designs is a key part of the value proposition that we offer to our customers and a key source of Footprint's competitive edge in the industry.

6. Ultimately, once Footprint creates a product design, the next step (among others) to put the design into production is to create a corresponding "tool"—which is essentially a commercial-grade mold that factories use to produce the product in conformity with the design.

7. Developing these product designs—and creating 3D modeling that allows for the creation of corresponding tools to produce the products on a commercial scale—requires technical and specialized knowledge and experience, and knowledge about the specific customer and industry needs. It also takes significant time and ingenuity.

8. Footprint has set itself apart from other companies in the sustainable product and packaging industry in part through its innovative product designs. Footprint has

1 invested millions of dollars in its product designs and tools.

2  9. For some Footprint products, Footprint outsources the actual manufacture of the product in some instances to qualified factories in China, working with our now-former Chinese supplier, Footprint Asia Limited ("FPA"). This means that Footprint must provide FPA with the product design, specifications, and information necessary to create the tool(s) to manufacture the product on Footprint's behalf.

10. All of Footprint's product designers are responsible for tracking when Footprint shares its product designs with FPA for this purpose.

11. My team also works with FPA to create the tools to produce Footprint's products, when necessary. In most cases, Footprint provides the product designs and instructions and then places an order with FPA, asking FPA to have the appropriate tools (prototype and production) manufactured in China according to Footprint's specifications. Footprint pays FPA for these tools and the products produced by FPA using the tools.

12. I understand that one of the issues in this case relates to Footprint's recent revelation that FPA is taking Footprint's product designs and tools and using them for its own purposes without authorization, including to solicit certain Footprint customers.

13. I am personally familiar with Footprint's 2S and 20S trays, which Footprint supplied to the customer identified as "Customer 1" in the Complaint in this case.

14. Footprint created the designs for the 2S and 20S trays Footprint supplied to Customer 1. I know this because I was personally involved in inventing and revising this design. The design team that performed this work reported to me, and I was ultimately responsible for approving the designs.

15. The design drawings for Footprint's 2S and 20S trays are labeled "PROPRIETARY AND CONFIDENTIAL" and specifically state as follows: "THE INFORMATION CONTAINED IN THIS DRAWING IS THE SOLE PROPERTY OF FOOTPRINT LLC. ANY REPRODUCTION IN PART OR AS A WHOLE WITHOUT

Bm

THE WRITTEN PERMISSION OF FOOTPRINT LLC IS PROHIBITED."

16. The designs for Footprint's 2S and 20S trays include Footprint's name and branding. Specifically, the 20S design includes stamps with Footprint's trademarked foot logo and the words "Footprint" and "Patent FPpat.Tech", and the 2S tray design includes stamps with the words "Footprint" and "Pat. FPpat.Tech". These stamps identify Footprint, and its proprietary technology, as the source of the product.

17. Footprint provided its confidential and proprietary designs for 2S and 20S to FPA to facilitate FPA's manufacture of the trays on Footprint's behalf for Footprint's customers.

18. Footprint also paid FPA to create, on Footprint's behalf, the tools necessary to manufacture 2S and 20S trays using Footprint's designs. FPA still has these tools in its possession.

19. Footprint employees have seen Customer 1 products being sold at multiple Trader Joe's stores in Arizona, packaged in trays that look like Footprint's. I have physically inspected, or looked at pictures of, these trays, including the ones most recently found on January 10, 2024.

20. Based on my extensive familiarity with the designs Footprint created for its 2S and 20S trays, I am confident that Footprint's designs were used to produce these Customer 1 trays recently spotted by Footprint employees at Trader Joe's. The trays incorporate unique design elements that Footprint specifically developed and implemented, and at least one of the trays contains the same stamps—including "Footprint" and "Pat FPpat Tech"—that Footprint incorporated in its designs.

21. Based on my knowledge of Footprint's 2S and 20S tray designs and tooling, I am confident the trays that were purchased from these Trader Joe's stores were produced using tooling from, otherwise derived from, or using confidential information from the manufacture of, Footprint's 2S and 20S trays and that the trays are intended to imitate

-3-

BM

1  Footprint's trays.

2      22.    Footprint takes pride in the quality of its products and works hard to ensure
3  that products branded with the Footprint name meet its quality standards. As noted above,
4  the products sold to Customer 1 by FPA look very similar to Footprint's products. FPA's
5  sale of products capitalizing on Footprint's designs and name—like the 2S and 20S trays
6  sold to Customer 1—is confusing.

9      I declare under penalty of perjury that the foregoing is true and correct.

11      Executed on this 12 day of January 2024.

*[signature]*

Brandon Moore

# Exhibit 2

**DECLARATION OF WILL STEVENS**

I, Will Stevens, state as follows:

1. I am an Inside Sales Representative for Footprint International, LLC ("Footprint"), the Plaintiff in this case.

2. I have a degree in Management and Business from Skidmore College.

3. In my role as Inside Sales Representative for Footprint, my responsibilities include promoting and selling Footprint's products and solutions and working with Footprint's customers and prospective customers.

4. From my work, I am personally familiar with the design, look, and feel of Footprint's products, as well as with the design, look, and feel of the products of competitors in the marketplace.

5. I am also familiar with the processes used to design and manufacture Footprint's products.

6. When marketing to, and working with, Footprint's customers and prospective customers, Footprint's innovative and unique product designs are a key selling point that differentiates Footprint from its competitors. When I sell product to, and work with, Footprint's customers, I also stress Footprint's commitment to quality in its products.

7. I am familiar with the products—2S and 20S trays—that Footprint supplied to the customer identified as "Customer 1" in the Complaint in this case. Customer 1 used these trays to package its food products sold at Trader Joe's stores.

8. On January 10, 2024, I visited a Trader Joe's store in Tempe, Arizona, and saw that Customer 1's products were being offered for sale at this store, packaged in 2S and 20S trays. I purchased several of these products, removed the outer packaging, and then inspected, photographed, and preserved the trays. These Customer 1 trays were not made by Footprint, but they looked nearly identical to Footprint's 2S and 20S trays.

-2-

9. On January 10, 2024, I also visited a Trader Joe's store in Phoenix, Arizona, and saw that Customer 1's products were also being offered for sale at this store, packaged in 2S and 20S trays. I purchased several of these products, removed the outer packaging, and then inspected, photographed, and preserved the trays. These Customer 1 trays also were not made by Footprint, but they looked nearly identical to Footprint's 2S and 20S trays.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 11th day of January 2024.

*William Stevens*

Will Stevens