**INDEX OF EXHIBITS
IN SUPPORT OF FOOTPRINT INTERNATIONAL, LLC'S
MOTION FOR PRELIMINARY INJUNCTION**

| Exhibit No. | Description |
|:---:|:---|
| 1 | Declaration of Brandon Moore (January 12, 2024) |
| 2 | Declaration of Will Stevens (January 11, 2024) |
| 3 | Declaration of Collin Euteneuer (January 12, 2024) |
| 3A | Master Supply Agreement (December 8, 2021) |
| 3B | Amendment No. 1 to Master Supply Agreement (October 31, 2022) |
| 3C | Purchase Order Terms and Conditions (Goods and Services) (downloaded January 2, 2024) |
| 4 | Arizona Corporation Commission, *Articles of Organization of Earth Pkg, LLC* (March 21, 2023) |
| 5 | Hong Kong Companies Registry, *Annual Return*, Footprint Asia Limited (December 14, 2022) |
| 6 | Hong Kong Companies Registry, *Return of Allotment*, Footprint Asia Limited (July 1, 2023) |
| 7 | G-COVE, *About Us*, https://www.g-cove.com/About-Us.html (downloaded January 11, 2024) |
| 8 | Footprint Asia Limited, *Contact Us*, https://asia-footprint.com/en/contact-us/ (downloaded January 10, 2024) |
| 9 | G-COVE, *Contact Us*, https://www.g-cove.com/Contact-Us.html (downloaded January 10, 2024) |
| 10 | Document Bates stamped NEWTON000319 (5/1/2023 Email from C. Newton to E. Chua and S. Bao), produced in Maricopa County Superior Court Case No. CV2023-016885 (with redactions) |
| 11 | Document Bates stamped NEWTON002730 (11/30/2023 Emails between C. Newton, E. Chua, and S. Bao), produced in Maricopa County Superior Court Case No. CV2023-016885 (with redactions) |

| 12 | Document Bates stamped NEWTON002226 (5/12/2023 Email from E. Chua to C. Newton and others), produced in Maricopa County Superior Court Case No. CV2023-016885 |
|----|---|
| 13 | Footprint, *About Us*, https://www.footprintus.com/about (downloaded January 12, 2024) |

# Exhibit 4

## ARTICLES OF ORGANIZATION
### OF
### EARTH PKG, LLC

(Pursuant to A.R.S. Sec. 29-3201)

The undersigned, desiring to form a limited liability company under the laws of the State of Arizona, hereby adopts the following Articles of Organization:

**Article 1.**     **Name.**  The name of the limited liability company is Earth Pkg, LLC (the "Company").

**Article 2.**     **Known Place of Business.**  The street address and mailing address of the Company's known place of business are:

| Street Address: | Mailing Address: |
|---|---|
| 831 S. Eucalyptus Place | 831 S. Eucalyptus Place |
| Chandler, AZ 85225 | Chandler, AZ 85225 |

The Company may hereafter change its known place of business in accordance with applicable law and without amending these Articles of Organization.

**Article 3.**     **Statutory Agent.**  The name, street address, and mailing address of the Company's agent for service of process are:

| Street Address: | Mailing Address: |
|---|---|
| CB Service Entity LLC | CB Service Entity LLC |
| 2800 N. Central Ave., Ste. 1900 | 2800 N. Central Ave., Ste. 1900 |
| Phoenix, Arizona 85004 | Phoenix, Arizona 85004 |

**Article 4.**     **Duration of Existence.**  Unless sooner terminated pursuant to applicable law or the terms and conditions of the Operating Agreement of the Company, the Company shall have perpetual existence.

**Article 6.**     **Management Structure.**  The management of the Company is vested in its Member.

**Article 7.**     **Member.**  The name and street address of the sole Member of the Company are:

Cary Newton, Jr.
831 Eucalyptus Place
Chandler AZ. 85225

**Article 8.     Liability.**   Except as provided in Arizona Revised Statutes Title 29, a member, manager, employee, officer or agent of this Company shall not be liable, solely by reason of being a member, manager, employee, officer or agent, for the debts, obligations and liabilities of the Company, whether arising in contract or tort, under a judgment, decree or order of a court or otherwise.

**Article 9.     Organizer.** The name, street address, and mailing address of the Organizer of the Company are:

<table>
<tr><td>Street Address:</td><td>Mailing Address:</td></tr>
<tr><td>John C. Kelly</td><td>John C. Kelly</td></tr>
<tr><td>c/o Coppersmith Brockelman, PLC</td><td>c/o Coppersmith Brockelman, PLC</td></tr>
<tr><td>2800 N. Central Ave., Ste. 1900</td><td>2800 N. Central Ave., Ste. 1900</td></tr>
<tr><td>Phoenix, Arizona 85004</td><td>Phoenix, Arizona 85004</td></tr>
</table>

IN WITNESS WHEREOF, the undersigned Organizer of Earth Pkg, LLC has executed these Articles of Organization as of this 21st day of March, 2023.

**EARTH PKG, LLC**

By:  John C. Kelly, Organizer

## ACCEPTANCE OF APPOINTMENT AS STATUTORY AGENT

CB Service Entity LLC, having been designated to act as Statutory Agent for Earth Pkg, LLC, an Arizona limited liability company, hereby consents to act in that capacity until removed or until a resignation is submitted in accordance with the Arizona Revised Statutes.

CB Service Entity LLC

By:

John C. Kelly, its Member

# Exhibit 5

# CR
公司註冊處
**Companies Registry**

周年申報表
**Annual Return**

表格
**Form** **NAR1**

公司編號 **Company Number**

2623278

註 Note

**1 公司名稱 Company Name**

福鷗亞洲有限公司
Footprint Asia Limited

**2 商業名稱(如有的話) Business Name (If any)**

N/A

**3 公司類別 Type of Company**

*請在適用的空格內加上 ✓ 號 Please tick the relevant box*

[✓] 私人公司
Private company

[ ] 公眾公司
Public company

[ ] 擔保有限公司
Company limited by guarantee

**4 本申報表的結算日期**
**Date to which this Return is Made Up**

| 14 | 12 | 2022 |
|---|---|---|
| 日 DD | 月 MM | 年 YYYY |

*(如屬私人公司，本申報表須列載截至公司成立為法團的周年日期的資料。*
*如屬公眾公司，申報表的結算日期應為該公司的會計參照期結束後的 6 個月屆滿之日。*
*如屬擔保有限公司，申報表的結算日期應為該公司的會計參照期結束後的 9 個月屆滿之日。*

*For a private company, the information in this return should be made up to the anniversary of the date of its incorporation.*
*For a public company, the return should be made up to the date that is 6 months after the end of its accounting reference period.*
*For a company limited by guarantee, the return should be made up to the date that is 9 months after the end of its accounting reference period.)*

**5 隨本表格交付的財務報表所涵蓋的會計期**
**Period Covered by Financial Statements Delivered with this Form**
*(私人公司無需填報此項 A private company need not complete this section)*

| | | | 至 | | | |
|---|---|---|---|---|---|---|
| 日 DD | 月 MM | 年 YYYY | To | 日 DD | 月 MM | 年 YYYY |

**6 註冊辦事處地址 Address of Registered Office**

Suite A, 12/F., Ritz Plaza, 122 Austin Road, Tsim Sha Tsui, Kowloon, Hong Kong

提交人資料 **Presentor's Reference**
姓名 Name:  CHK Corporate Services Limited

地址 Address:  Suite A, 12/F., Ritz Plaza, 122 Austin Road,
Tsim Sha Tsui, Kowloon.

請勿填寫

22302252451
NAR1L          2623278
30/12/2022

電話 Tel:  3118 6138     傳真 Fax: 3118 6161
電郵 Email:
檔號 Reference:  NP-F104

指明編號 1/2022 (2022 年 10 月) Specification No. 1/2022 (October 2022)

0093

表格
Form **NAR1**

公司編號 Company Number

2623278

⑪ 7 電郵地址 Email Address

| N/A |
|:---:|

8 按揭及押記 Mortgages and Charges

截至本申報表的結算日期，所有根據《公司條例》須向公司註冊處處長登記的，或若於 1912 年 1 月 1 日後設定便須如此登記的按揭及押記的負債總額
Total amount of the indebtedness as at the date to which this return is made up in respect of all mortgages and charges which are required to be registered with the Registrar of Companies pursuant to the Companies Ordinance or would have been required to be so registered if created after 1 January 1912

| N/A |
|:---:|

9 無股本公司的成員人數 Number of Member(s) of a Company Not Having a Share Capital

*(有股本的公司無需填報此項 Company having a share capital need not complete this section)*

截至本申報表的結算日期的成員人數
**Number of Member(s) as at the Date to which this Return is Made Up**

| N/A |
|:---:|

⑫ 10 股本 Share Capital

*(無股本的公司無需填報此項 Company not having a share capital need not complete this section)*

| | 截至本申報表的結算日期 As at the Date to which this Return is Made Up | | | |
|:---:|:---:|:---:|:---:|:---:|
| 股份的類別<br>(如普通股／<br>優先股等)<br>Class of Shares<br>(e.g. Ordinary／<br>Preference etc.) | 貨幣單位<br>Currency | 已發行股份 Issued Shares | | |
| | | 總數<br>Total Number | 總款額<br>Total Amount | 已繳或視作<br>已繳的總款額<br>Total Amount Paid up or<br>Regarded as Paid up |
| ORDINARY | HKD | 10,000 | 10,000.00 | 10,000.00 |
| | | | | |
| | | | | |
| | | | | |
| 總數<br>Total | HKD | 10,000 | 10,000.00 | 10,000.00 |

指明編號 1/2022 (2022 年 10 月) Specification No. 1/2022 (October 2022)

0094

表格
Form **NAR1**

公司編號 Company Number
2 6 2 3 2 7 8

## 11 公司秘書 Company Secretary

### A. 公司秘書（自然人）Company Secretary (Natural Person)
*(如超過一名公司秘書屬自然人，請用續頁 A 填報   Use Continuation Sheet A if more than 1 company secretary is a natural person)*

| | | |
|---|---|---|
| ⑬ | 中文姓名 Name in Chinese | N/A |
| | 英文姓名 Name in English  姓氏 Surname | N/A |
| | 名字 Other Names | N/A |
| | 前用姓名 Previous Names  中文 Chinese | N/A |
| | 英文 English | N/A |
| | 別名 Alias  中文 Chinese | N/A |
| | 英文 English | N/A |
| ⑭ | 香港通訊地址 Hong Kong Correspondence Address | N/A |
| | | |
| | | |
| | 地區 Region | 香港／HONG KONG |
| ⑮ | 電郵地址 Email Address | N/A |

⑯ 身分識別 Identification
(a) 香港身分證部分號碼
    **Partial Number** of Hong Kong Identity Card

| | | | | | | | | |

(b) 護照 Passport   簽發國家／地區 Issuing Country／Region — N/A

部分號碼 **Partial Number** — N/A

### B. 公司秘書（法人團體）Company Secretary (Body Corporate)
*(如超過一名公司秘書屬法人團體，請用續頁 A 填報   Use Continuation Sheet A if more than 1 company secretary is a body corporate)*

| | | |
|---|---|---|
| ⑰ | 中文名稱 Name in Chinese | 中港商業服務有限公司 |
| | 英文名稱 Name in English | CHK Corporate Services Limited |
| ⑱ | 香港地址 Hong Kong Address | Suite A, 12/F., Ritz Plaza, |
| | | 122 Austin Road, Tsim Sha Tsui, |
| | | Kowloon, |
| | 地區 Region | 香港／HONG KONG |
| ⑮ | 電郵地址 Email Address | N/A |

公司編號 Company Number — 642810

指明編號 1/2022 (2022 年 10 月) Specification No. 1/2022 (October 2022)

表格
Form **NAR1**

公司編號 **Company Number**

| 2 6 2 3 2 7 8 |

## 12  董事 Directors

### A.  董事（自然人）Director (Natural Person)

*(如超過一名兼董事屬自然人，請用續頁 B 填報   Use Continuation Sheet B if more than 1 director is a natural person)*

*請在適用的空格內加上 ✓ 號  Please tick the relevant box(es)*

**⑲ 身分**
**Capacity**

☑ 董事 Director      ☐ 候補董事 Alternate Director

代替 Alternate to

N/A

**⑳ 中文姓名**
**Name in Chinese**

N/A

**英文姓名**
**Name in English**

| 姓氏 Surname | CHUA |
| 名字 Other Names | EE HONG |

**前用姓名**
**Previous Names**

| 中文 Chinese | N/A |
| 英文 English | N/A |

**別名**
**Alias**

| 中文 Chinese | N/A |
| 英文 English | N/A |

**㉑ 通訊地址**
**Correspondence Address**

Suite A, 12/F., Ritz Plaza,

122 Austin Road, Tsim Sha Tsui,

Kowloon,

國家／地區
Country／Region

Hong Kong

**㉒ 電郵地址**
**Email Address**

N/A

**㉓ 身分識別 Identification**

(a) 香港身分證 部分號碼
    **Partial Number** of Hong Kong Identity Card

| | | | | | | |

(b) 護照
    Passport

| 簽發國家／地區 Issuing Country／Region | Malaysia |
| 部分號碼 Partial Number | A3886 |

指明編號 1/2022 (2022 年 10 月) Specification No. 1/2022 (October 2022)

0096

表格 **NAR1**
Form

公 司 編 號 **Company Number**

2 6 2 3 2 7 8

**12** 董事 **Directors** (續上頁 cont'd)

**B.** 董事 （法人團體） **Director (Body Corporate)**
*(如超過兩名董事屬法人團體，請用續頁 C 填報 Use Continuation Sheet C if more than 2 directors are body corporate)*

*請在適用的空格內加上 ✓ 號 Please tick the relevant box(es)*

**⑲ 1** 身分 ☐ 董事 ☐ 候補董事 代替 Alternate to
    **Capacity**     Director     Alternate Director
                                                            N/A

中文名稱 N/A
**Name in Chinese**

英文名稱 N/A
**Name in English**

**㉔** 地址 N/A
    **Address**

                    國家／地區
                    Country／Region

**㉒** 電郵地址 N/A
    **Email Address**

公 司 編 號 **Company Number** N/A
*(只適用於在香港註冊的法人團體)*
*(Only applicable to body corporate registered in Hong Kong)*

*請在適用的空格內加上 ✓ 號 Please tick the relevant box(es)*

**⑲ 2** 身分 ☐ 董事 ☐ 候補董事 代替 Alternate to
    **Capacity**     Director     Alternate Director
                                                            N/A

中文名稱 N/A
**Name in Chinese**

英文名稱 N/A
**Name in English**

**㉔** 地址 N/A
    **Address**

                    國家／地區
                    Country／Region

**㉒** 電郵地址 N/A
    **Email Address**

公 司 編 號 **Company Number** N/A
*(只適用於在香港註冊的法人團體)*
*(Only applicable to body corporate registered in Hong Kong)*

0097

表格
Form **NAR1**

公司編號 Company Number

2 6 2 3 2 7 8

**12 董事 Directors** (續上頁 cont'd)

**C. 備任董事 Reserve Director**

(只適用於只有一名成員而該成員同時亦是唯一董事的私人公司)
(Only applicable to a private company with only one member who is also the sole director of the company)

| | | |
|---|---|---|
| **20** 中文姓名<br>**Name in Chinese** | | N/A |
| 英文姓名<br>**Name in English** | 姓氏<br>Surname | N/A |
| | 名字<br>Other Names | N/A |
| 前用姓名<br>**Previous Names** | 中文<br>Chinese | N/A |
| | 英文<br>English | N/A |
| 別名<br>**Alias** | 中文<br>Chinese | N/A |
| | 英文<br>English | N/A |

**21** 通訊地址
**Correspondence Address**

| |
|---|
| N/A |
| |
| |

國家／地區
Country／Region

**22** 電郵地址
**Email Address**

N/A

**23** 身分識別 **Identification**

(a) 香港身分證部分號碼
**Partial Number** of Hong Kong Identity Card

(b) 護照
Passport

簽發國家／地區
Issuing Country／Region — N/A

部分號碼
**Partial Number** — N/A

指明編號 1/2022 (2022 年 10 月 ) Specification No. 1/2022 (October 2022)

表格
Form **NAR1**

公司編號 **Company Number**

2623278

**13 有股本公司的成員詳情 Particulars of Member(s) of a Company Having a Share Capital**
*(有股本的公司必須填報此項 Company having a share capital must complete this section )*

請在適用的空格內加上 ✓ 號 *Please tick the relevant box*

[✓] 非上市公司的成員詳情列於附表一
    Particulars of members of a non-listed company are listed in Schedule 1

[ ] 上市公司的成員詳情列於附表二
    Particulars of members of a listed company are listed in Schedule 2

**14 公司紀錄 Company Records**
*(如空位不足，請用續頁 D 填報 Use Continuation Sheet D if the space provided is insufficient)*

公司備存下列紀錄的地址 (如並非備存於第 6 項所述的註冊辦事處內)
Address where the following company records are kept (if not kept at the registered office stated in Section 6)

| 公司紀錄 Company Records | 地址 Address |
|---|---|
| N/A | N/A |

**15 陳述書 Statement**

*(如屬私人公司，請在空格內加上 ✓ 號以作出此項陳述 For a private company, please tick the box to make the Statement)*

[✓] 現述明公司自最近一份周年申報表的結算日期起(如屬首份周年申報表，則自公司成立為法團的
日期起)，並沒有發出邀請，以邀請公眾人士認購公司的任何股份或債權證；同時如成員人數於
本申報表的結算日期當日超過五十名，則超出五十名之數的成員，全屬根據《公司條例》第 11(2)
條於計算公司成員人數時不包括在內的人。
The company has not, since the date of the last annual return (or since the date of incorporation in the case of the
first annual return), issued any invitation to the public to subscribe for any shares or debentures of the company
and that if the number of members of the company exceeds 50 as at the date of this return, the excess consists
wholly of persons who, under section 11(2) of the Companies Ordinance, are excluded in the calculation of the
number of members of the company.

| 提示 Advisory Note |
|---|
| 所有公司董事均應閱讀公司註冊處編製的《董事責任指引》，並熟悉該指引所概述的董事一般責任。<br>All directors of the company are advised to read 'A Guide on Directors' Duties' published by the Companies Registry and acquaint themselves with the general duties of directors outlined in the Guide. |

**本申報表包括下列續頁 This Return includes the following Continuation Sheet(s)**

| 續頁 Continuation Sheet(s) | A | B | C | D |
|---|---|---|---|---|
| 頁數 Number of pages | 0 | 0 | 0 | 0 |

*For and on behalf of*
CHK CORPORATE SERVICES LIMITED
中港商業服務有限公司

簽署 Signed :

姓名 Name : **CHK Corporate Services Limited**

日期 Date : 23/12/2022

董事 Director / 公司秘書 Company Secretary *

日 DD / 月 MM / 年 YYYY

*請刪去不適用者 Delete whichever does not apply

指明編號 1/2022 (2022 年 10 月) Specification No. 1/2022 (October 2022)

表格
Form **NAR1**

附表一 **Schedule 1**
(非上市公司適用
**FOR NON-LISTED COMPANY)**

**本申報表的結算日期**
**Date to which this Return is Made Up**

| 14 | 12 | 2022 |
|----|----|------|
| 日 DD | 月 MM | 年 YYYY |

公司編號 **Company Number**

| 2623278 |
|---------|

**非上市公司的成員詳情 (第 13 項)**
**Particulars of Member(s) of a Non-listed Company (Section 13)**

*(有股本的非上市公司必須填報此頁。如空位不足，或超過一類股份，可另加附表一。)*
*(Non-listed company having a share capital must complete this page.   If the space provided is insufficient, or if there is more than one class of shares, please use additional Schedule 1.)*

**截至本申報表的結算日期的成員詳情** Particulars of Member(s) as at the Date to which this Return is Made Up

股份類別 **Class of Shares**      ORDINARY

此類別股份的已發行總數 **Total Number of Issued Shares in this Class**      10,000

| 姓名／名稱<br>Name | 地址<br>Address | 股份 Shares | | | 備註<br>Remarks |
|---|---|---|---|---|---|
| | | 現時持有量<br>Current Holding | 轉讓 *<br>Transferred * | | |
| | | | 數目<br>Number | 日期<br>Date | |
| CHUA EE HONG | Suite A, 12/F., Ritz Plaza, 122 Austin Road, Tsim Sha Tsui, Kowloon, Hong Kong | 10,000 | | | Changed of address on 24/10/2022 |

✱ 如公司的股份自上一份周年申報表日期以來(如屬首份周年申報表，則自公司成立為法團以來)有任何轉讓，有關詳情亦請一併申報；股份受讓人的姓名／名稱請在「備註」一欄註明。
✱ If there have been any transfers of the company's shares since the date of the last annual return (or since incorporation if this is the first annual return), please also provide details of the transfers; the name of the transferee should be stated in the 'Remarks' column.

指明編號 1/2022 (2022 年 10 月) Specification No. 1/2022 (October 2022)

0100

Exhibit 6



**CR**

公司註冊處
**Companies Registry**

股份配發申報書
**Return of Allotment**

表格
Form **NSC1**

公司編號 **Company Number**

2 6 2 3 2 7 8

註 Note

**1** 公司名稱 **Company Name**

福鵬亞洲有限公司
Footprint Asia Limited

**6** | **2** 配發股份的日期 **Date of Allotment**

| 由 From | 01 | 07 | 2023 | 至 To | | | |
|---|---|---|---|---|---|---|---|
| | 日 DD | 月 MM | 年 YYYY | | 日 DD | 月 MM | 年 YYYY |

**3** 是次股份配發的總款額 **Totals of this Allotment**

*請在適用的空格內加上 ✓ 號 Please tick the relevant box*

☑ 上述公司的已發行股本因是次配發股份而增加的款額如下：
**As a result of this allotment, the company's issued share capital is increased by the following amount:**

| 貨幣單位<br>Currency | 款額<br>Amount |
|---|---|
| HKD | 990,000.00 |
| | |
| | |

☐ 上述公司的已發行股本並未因是次配發股份而增加(在此情況不用申報第 4 項)
**The company's issued share capital is not increased as a result of this allotment. (No need to complete Section 4 in this situation)**

**4** 配發股份的詳情 **Details of Shares Allotted**

**A.** 以金錢代價配發的股份 **Shares Allotted for Cash Consideration**

| 股份的類別<br>(如普通股／<br>優先股等)<br>Class of Shares<br>(e.g. Ordinary／<br>Preference etc.) | 貨幣單位<br>Currency | 所配發的<br>股份數目<br>Number of Shares<br>Allotted | 已為或視作已為<br>每一股份繳付的款額<br>Amount Paid or Regarded<br>as Paid on Each Share | 尚未為或視作尚未為<br>每一股份繳付的款額<br>Amount Unpaid or Regarded<br>as Unpaid on Each Share |
|---|---|---|---|---|
| ORDINARY | HKD | 990,000 | 1.0000 | 0.0000 |
| | | | | |
| | | | | |

**3** | 提交人資料 **Presentor's Reference**
姓名 Name: CHK Corporate Services Limited

地址 Address: Suite A, 12/F., Ritz Plaza, 122 Austin Road,
Tsim Sha Tsui, Kowloon.

請勿填寫本欄 **For Official Use**

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
22001430979
NSC1                    2623278
10/07/2023

**CR**
收件日期 **RECEIVED**
1 0 JUL 2023
文件管理組
Document Management
Section

電話 Tel: 3118 6138          傳真 Fax: 3118 6138
電郵 Email:
檔號 Reference: NP-F104

0 0 0 1

指明編號 1/2014 (2014 年 3 月) Specification No. 1/2014 (March 2014)

表格
Form **NSC1**

公司編號 Company Number

2 6 2 3 2 7 8

**4 配發股份的詳情　Details of Shares Allotted** (續上頁　cont'd)

**B. 全部或部分以非金錢代價配發的股份 Shares Allotted Wholly or Partly for Non-Cash Consideration**

| 股份的類別 (如普通股／優先股等) Class of Shares (e.g. Ordinary／Preference etc.) | 貨幣單位 Currency | 所配發的股份數目 Number of Shares Allotted | 已為或視作已為每一股份繳付的款額 Amount Paid or Regarded as Paid on Each Share | 尚未為或視作尚未為每一股份繳付的款額 Amount Unpaid or Regarded as Unpaid on Each Share |
|---|---|---|---|---|
| N/A | | | | |
| | | | | |
| | | | | |

❼ **C. 股份配發的非金錢代價的詳情**
**Details of Non-cash Consideration for which the Shares have been Allotted**

*請在適用的空格內加上 ✓ 號，並在「詳情」一欄中報相關的資料*
*Please tick the relevant box and complete the box for "Particulars"*

[ ]　公司以非金錢代價根據《公司條例》第 13 部第 2 分部作出的安排進行股份配發，詳情如下：
Shares are allotted for non-cash consideration under an arrangement made under Division 2 of Part 13 of the Companies Ordinance.　The particulars are listed below.

[ ]　所配發股份已入帳列為已繳足股款(不論有否經過資本化)，詳情如下：
Shares allotted are credited as fully paid up whether on or without a capitalization. The particulars are listed below.

[ ]　公司以非金錢代價配發上述股份，該配發關乎《公司條例》第 142(2)(d)(iii) 條所述的合約，而該合約是以書面形式訂立。詳情如下：
Shares are allotted wholly or partly for non-cash consideration in respect of a written contract mentioned in section 142(2)(d)(iii) of the Companies Ordinance. The particulars are listed below.

**詳情　Particulars** *(如空位不足，請用續頁 A 填報　Use Continuation Sheet A if the space is insufficient)*

| N/A | N/A |
|---|---|
| | |

[ ]　公司以非金錢代價配發上述股份，該配發關乎《公司條例》第 142(2)(d)(iii)條所述的合約，而該合約並非以書面形式訂立。現隨本表格附上載有該合約細則的附表一。
Shares are allotted for non-cash consideration in respect of a contract mentioned in section 142(2)(d)(iii) of the Companies Ordinance.　The contract is not reduced to writing.　A Schedule 1 containing the particulars of the contract is attached to this form.

第二頁　Page 2

表格
Form **NSC1**

公司編號 **Company Number**

| 2 6 2 3 2 7 8 |
|---|

**5 獲配發股份者的詳情 Details of Allottee(s)**

*(如空位不足，請用續頁 B 填報 Use Continuation Sheet B if the space is insufficient)*

股份類別
**Class of Shares**

| ORDINARY |
|---|

配發此類別股份的總數
**Total Shares Allotted for this Class**

| 990,000 |
|---|

| 姓名／名稱<br>Name | 地址<br>Address | 獲配發股份的數目<br>No. of Shares Allotted |
|---|---|---|
| G-Cove Technology International Ltd. | McGrath Tonner Corporate Services Limited, Genesis Building, 5th Floor, Genesis Close, PO Box 446, KY1-1106, Cayman Islands | 990,000 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

指明編號 1/2014 (2014 年 3 月) Specification No. 1/2014 (March 2014)

表格　**NSC1**
Form

公司編號 **Company Number**

2 6 2 3 2 7 8

---

**⑧**　**6　股本說明 (以股份配發的日期的狀況為準)**
　　**Statement of Capital (As at the Date of the Allotment of Shares)**

**A.　股本 Share Capital** *(如空位不足，請用續頁 C 填報　Use Continuation Sheet C if the space is insufficient)*

| 股份的類別<br>(如普通股／<br>優先股等)<br>Class of Shares<br>(e.g. Ordinary／<br>Preference etc.) | 貨幣單位<br>Currency | 已發行股份 Issued Shares | | | |
|---|---|---|---|---|---|
| | | 總數<br>Total Number | 總款額<br>Total Amount<br><br>(a) | 已繳或視作<br>已繳的總款額<br>Total Amount Paid up<br>or Regarded as Paid up<br>(b) | 未繳或視作<br>未繳的總款額<br>Total Amount Unpaid<br>or Regarded as Unpaid<br>(a) - (b) |
| ORDINARY | HKD | 1,000,000 | 1,000,000.00 | 1,000,000.00 | 0.00 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**⑨**　**B.　股份所附帶的權利的詳情　Particulars of Rights Attached to Shares**

*只適用於發行超過一類股份的公司 Only applicable to company issuing more than 1 class of shares*

*(如空位不足，請用續頁 D 填報 Use Continuation Sheet D if the space is insufficient)*

| 股份的類別<br>(如普通股／<br>優先股等)<br>Class of Shares<br>(e.g. Ordinary／<br>Preference etc.) | 附帶的權利的詳情<br>(包括表決權：在分派股息時參與該項分派的權利：<br>在分派股本時參與該項分派的權利；該類別股份是否屬可贖回股份)<br>Particulars of Rights Attached<br>(Including voting rights; rights to participate in a distribution as respects dividends;<br>rights to participate in a distribution as respects capital; whether the shares are redeemable) |
|---|---|
| N/A | N/A |

**本申報書包括下列續頁 This Return includes the following Continuation Sheet(s)**

| 續頁 Continuation Sheet(s) | A | B | C | D |
|---|---|---|---|---|
| 頁數 Number of pages | 0 | 0 | 0 | 0 |

**⑤**　**簽署 Signed :**

*For and on behalf of*
**CHK CORPORATE SERVICES LIMITED**
**中港商業服務有限公司**

..........................................
*Authorized Signature(s)*

姓名 Name　CHK Corporate Services Limited
~~董事 Director~~／公司秘書 Company Secretary *

日期 Date　　－ 7 JUL 2023

日 DD　／　月 MM　／　年 YYYY

*請刪去不適用者　Delete whichever does not apply

第四頁 Page 4

指明編號 1/2014 (2014 年 3 月) Specification No. 1/2014 (March 2014)

0 0 0 4

# Exhibit 7



Home   Technology   Product   News   Threat   About Us

Chinese

English

ABOUT US

Current position： Home> About Us



Company Profile

## Leading The Way In Sustainable Innovation Through Technology To Kill Plastic.

FOOTPRINT ASIA, the predecessor to G-COVE, was founded in Hong Kong in 2017.

It developed independently after inheriting FOOTPRINT, a prominent fibre material science company in the United States.

It has now established a circular enterprise for environmental protection, complete with research and development, design, production, and logistics.

G-COVE is committed to developing revolutionary alternatives to all single - use plastics and seeks to become the company with the greatest impact on environmental protection on Earth.

G-COVE's plant fibre material science and implementations have eliminated 6 million tonnes of plastic over the past five years.

## Value Proposition



### To Customers

Provide sustainable packaging solutions with Excellent Goods, Decent Price

● One-piece molding, waterproof and oil-proof, heatable and freezeable plant fiber products
● Zero fluorine, zero plastic, in line with the latest EU and FDA standards
● The lowest cost alternative to plastic packaging



### To Industry

Leading the industry in material science and technology innovation and process management changes

● Plant fiber material research and development and product design capabilities
● Fully automated equipment replaces traditional manual processes
● Low-input, labor-saving, fully-controlled, highly flexible production model



### To The Earth

To do environmental protection with zero burden on the earth

● 100% biodegradable, compostable and recyclable
● Zero fluorine addition, no harmful chemical additives
● 100% plastic replacement, 71% CO2 reduction, 50% reusable



**URL**

https://www.g-cove.com/About-Us.html

**Timestamp**

Thu Jan 11 2024 16:07:42 GMT-0800 (Pacific Standard Time)

changes

● One-piece molding, waterproof and oil-proof, heatable and freezeable plant fiber products
● Zero fluorine, zero plastic, in line with the latest EU and FDA standards
● The lowest cost alternative to plastic packaging

● Plant fiber material research and development and product design capabilities
● Fully automated equipment replaces traditional manual processes
● Low-input, labor-saving, fully-controlled, highly flexible production model

● 100% biodegradable, compostable and recyclable
● Zero fluorine addition, no harmful chemical additives
● 100% plastic replacement, 71% $CO_2$ reduction, 50% reusable



# KILL PLASTIC

## Throughout The Entire Industry Chain, Eliminate Plastic Packaging.

Our industry chain, from raw materials to pulping and paper molding, is dedicated to removing plastic packaging. We've innovated with biopulping, fluorine-free oil resistance, and a fully automated production line. Our goal is to eliminate plastic using groundbreaking technology and processes.

# SAVE THE PLANET

## We Create Values in The Whole Ecosystem to Save our Planet.

100% pure plant-based, zero plastic, zero fluorine, leaving zero pollution and burden on the Earth. 100% naturally degradable, we extract fibers from plants to produce pulp-molded products that can be recycled together with waste, creating a green circular economy.

## Our Honor

‹        ›



**URL**

https://www.g-cove.com/About-Us.html

**Timestamp**

Thu Jan 11 2024 16:07:42 GMT-0800 (Pacific Standard Time)

Exhibit 8



ABOUT US ⌄　SOLUTIONS ⌄　THE LATEST NEWS ⌄　SALES ENQUIRY　CONTACT US　🇨🇳 CHINESE



## Contact Us




**ASIA Office:** 1008, building 7, SkyBridge SOHO, No. 968, Jinzhong Road, Changning District, Shanghai 200335

**Sales Representative**

Tel: +86 (021)2356-0882
Asia Sales email: sales@asia-footprint.com
Taiwan Sales email: tw.sales@asia-footprint.com

✉

Copyright © 2020 Footprint Asia Limited

**URL**
https://asia-footprint.com/en/contact-us/

**Timestamp**
Wed Jan 10 2024 14:58:51 GMT-0800 (Pacific Standard Time)

# Exhibit 9





**URL**

https://www.g-cove.com/Contact-Us.html

**Timestamp**

Wed Jan 10 2024 14:56:46 GMT-0800 (Pacific Standard Time)

Exhibit 10

**To:**       'Eugene Chua'[eugene@asia-footprint.com]; 'Shawn Bao'[shawn@asia-footprint.com]
**Cc:**       'Brian Leffler'[bleffler@navigatecpg.com]
**From:**     cnewton@navigatecpg.com
**Sent:**     Mon 5/1/2023 3:44:56 PM
**Subject:**  █████ labels
              █████ Label.docx
              Label.docx

Hi Shawn/Eugene,
Attached are the new labels we need attached to every case pack going forward. More importantly,
we want to remove Footprint from the box and replace with a Navpac logo.  (logo also attached)
Could we also remove the item # and make it seamless with zero reference to FP as well.

Exhibit 11

**To:**    Cary Newton[cary@earthpkg.com]; Eugene Chua[eugene@asia-footprint.com]
**Cc:**    Jennifer Newton[billing@earthpkg.com]
**From:**  Shawn Bao
**Sent:**  Thur 11/30/2023 12:42:47 PM
**Subject:**  Re: New ▮ PO's

Thank you! Cary.
We will ship them out on schedule.


Shawn Bao

---

**发件人:** Cary Newton <cary@earthpkg.com>
**发送时间:** Thursday, November 30, 2023 8:23:48 PM
**收件人:** Shawn Bao <shawn@asia-footprint.com>; Eugene Chua <eugene@asia-footprint.com>
**抄送:** Jennifer Newton <billing@earthpkg.com>
**主题:** New ▮ PO's

Hey Shawn, Attached are the new ▮ PO's that take us through the CNY. Below is the chart we need to ship by. Please note PO 15, we will ship when you recommend on 1-24.
Let me know if you have any questions

| ▮ Po | G-Cove Book sailing | sailing time - ETD | LA Port Arrival - ETA | container available at port | pickup at pier | Deliver to Banning | Actual Delivery Date | 2s qty | # pa |
|---|---|---|---|---|---|---|---|---|---|
| 11 | 6-Dec | 10-Dec | 28-Dec | | | 8-Jan | | | |
| 12 | 21-Dec | 26-Dec | 15-Jan | | | 20-Jan | | 224,000 | 10 |
| 13 | 3-Jan | 7-Jan | 28-Jan | | | 2-Feb | | | |
| 14 | 24-Jan | 29-Jan | 18-Feb | | | 23-Feb | | | |
| 15 | 25-Jan | 30-Jan | 19-Feb | | | 24-Feb | | 134,400 | 6 |
| 16 | 1-Mar | 7-Mar | 27-Mar | | | 1-Apr | | | |
| 17 | 23-Mar | 28-Mar | 17-Apr | | | 22-Apr | | | |
| 18 | 13-Apr | 19-Apr | 9-May | | | 14-May | | | |

NEWTON002730

Exhibit 12

**To:**     Cary Newton[cary@earthpkg.com]; pctan@g-cove.com[pctan@g-cove.com]; shawn@g-
cove.com[shawn@g-cove.com]; yana@g-cove.com[yana@g-cove.com]; eugene.chua@g-
cove.com[eugene.chua@g-cove.com]
**From:**   Eugene Chua
**Sent:**   Fri 5/12/2023 2:33:29 PM
**Subject:**   Our G-cove email

Hi Cary, here are the email address for all g-cove team

# Exhibit 13

Store | Press Kit

🔍 FOOTPRINT®

🔍  **Contact Us**  ☰

# About Us

We're on a mission to change the world. Discovering, testing, building, manufacturing and commercializing next-generation materials science solutions for a healthy planet.

Innovative Leaders

## At Footprint, we are focused on changing the world.

We design, develop and manufacture plant-based fiber solutions. Our first goal is to eliminate single-use plastics that harm consumers and the planet. From the freezer to the microwave or the oven, our solutions get plastic away from food, and are designed to be earth digestible. We have patented many of our formulas, designs and manufacturing processes and continue to innovate to meet customer needs.

Footprint, founded in 2014, is headquartered in Gilbert, Arizona, USA and employs more than 2,000 people worldwide, including over 90 engineers and scientists and several PhDs. Our leadership team is deep with talent from across industries and companies: Intel, Microsoft, Amazon, consumer packaged goods and packaging companies. Our board includes the former CEOs of McDonald's and Sprouts – experts in supermarkets and quick service restaurants. These are the first environments we are working to transform, ridding them of single-use plastics that touch our food.

Our Company

## Here to change the world.

Footprint is a materials science company working to create a healthier planet.

  

**URL**

https://www.footprintus.com/about

**Timestamp**

Fri Jan 12 2024 09:01:22 GMT-0800 (Pacific Standard Time)

Footprint is a materials science company working to create a healthier planet.







**01**

## Our History

The story of our evolution.

**02**

## Our Leadership

The team that is creating a healthy planet and people.

**03**

## Our Board of Directors

Meet the change agents in our corner.

## Our awards

Footprint has won various pretsigious awards since it's inception in 2014.

   



**We would love to hear from you.**

We've taken on a big mission to change the world and we cannot do it alone. We want to hear from you and let's start a conversation to eliminate plastic!

Contact Us

**FOOTPRINT**

Follow us on Social Media

| Main | Company | Resources | Initiatives |
|---|---|---|---|
| Science | About Us | News | Footprint Center |
| Solutions | Leadership | Press Coverage | |
| | Board of Directors | Blog | |
| | History | Media | |
| | Locations | Press Kit | |

**URL**

https://www.footprintus.com/about

**Timestamp**

Fri Jan 12 2024 09:01:22 GMT-0800 (Pacific Standard Time)



**URL**

https://www.footprintus.com/about

**Timestamp**

Fri Jan 12 2024 09:01:22 GMT-0800 (Pacific Standard Time)