UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Footprint International, LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>Footprint Asia Limited; Eugene Chua; Shanghai Footprint Lvke Environmental Protection Technology Group Co., Ltd., doing business as G-COVE; Cary Newton and Jennifer Newton,<br><br>  Defendants. | No. CV _____<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR PRELIMINARY INJUNCTION** |

The Court having considered the briefs, supporting documents, and arguments of counsel, the evidence filed in support of and opposition to Plaintiff's Motion for Preliminary Injunction and Memorandum in Support, and being fully advised, the Court finds that Plaintiff has met its burden of demonstrating a need for a preliminary injunction in this case.

Accordingly, **IT IS HEREBY ORDERED** that Plaintiff's Motion for Preliminary Injunction is **GRANTED**.

Defendants Footprint Asia Limited; Eugene Chua; Shanghai Footprint Lvke Environmental Protection Technology Group Co., Ltd., doing business as G-COVE; and Cary Newton along with their agents, affiliates, and any others working under, through, or with them, are hereby:

(1) **prohibited** from using, or inducing or assisting the use of, Footprint's Marks (as defined in the Verified Complaint, ¶¶ 51–54, 58–60) or any confusingly similar mark for any purpose; and

(2) **prohibited** from using, disclosing, copying, or divulging Footprint's confidential information or equipment (including Footprint's product designs and tools) in their possession or control for any purpose.

**FURTHERMORE,** Defendant Footprint Asia Limited along with its agents, affiliates, and any others working under, through, or with it is hereby **ORDERED** to immediately return Footprint's tools to Footprint.