# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Footprint International, LLC,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Footprint Asia Limited; Eugene Chua; Shanghai Footprint Lvke Environmental Protection Technology Group Co., Ltd., dba G-COVE; Carey Newton; and Jennifer Newton,<br><br>　　　　　Defendants. | Case No. 24-cv-00093-PHX-DGC<br><br>**ORDER** |

The Court having considered Defendants Chua Ee Hong ("Chua") and Footprint Asia Limited's ("FPA") Unopposed Motion to Exceed Page Limitations regarding their Response to Plaintiff's Motion for Preliminary Injunction and Supplemental Brief on Jurisdiction ("Response") and good cause appearing.

IT IS ORDERED granting Chua and FPA's motion. Chua and FPA may file a Response that does not exceed 33 pages in length.

Dated this \_\_\_\_ day of February, 2024.

_____
District Court Judge