IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Footprint International, LLC, <br><br> Plaintiff, <br><br> v. <br><br> Footprint Asia Limited; Eugene Chua; Shanghai Footprint Lvke Environmental Protection Technology Group Co., Ltd., doing business as G-COVE; Cary Newton and Jennifer Newton, <br><br> Defendants. | No. CV 24-00093-PHX-DGC <br><br> **STIPULATED ORDER GRANTING PRELIMINARY INJUNCTION AGAINST DEFENDANTS CARY AND JENNIFER NEWTON** |

Pursuant to Rule 65 of the Federal Rules of Civil Procedure, and the Joint Motion to Enter Stipulated Preliminary Injunction filed by Plaintiff Footprint International, LLC ("Footprint") and Defendants Cary Newton and Jennifer Newton (jointly the "Newtons") (Doc. 21), the Court hereby orders as follows.

1. The Newtons, and entities over which they have ownership or control (the "Newton Entities"), and their officers, agents, servants, employees, attorneys, and any other persons who are in active concert or participation with them, are hereby prohibited from using, or contributing to the use of, Footprint's Marks or any confusingly similar mark for any purpose. The Marks in question are those set forth below along with various combinations of these words and design elements:

| Trademark | Application or Registration Number | Date | Goods |
|---|---|---|---|
| (logo) | Reg. No. 5,960,649 | Registered January 14, 2020 (First use in commerce October 2014) | Classes 16, 21, 40, 42 |
| (logo with "Footprint") | Reg. No. 5,965,745 | Registered January 21, 2020 (First use in commerce October 2014) | Classes 16, 40, 42 |
| (logo) | Reg. No. 7,243,924 | Registered December 12, 2023 (First use in commerce October 2021) | Classes 16, 21 |
| (logo with "FOOTPRINT") | App. No. 97/119,892 | Pending registration (First use in commerce October 2021) | Classes 16, 21 |
| FOOTPRINT | App. No. 98/210,106 | Pending (First use in commerce as early as January 2014) | Classes 16, 21 |

2. The Newtons, Newton Entities, and their officers, agents, servants, employees, attorneys, and any other persons who are in active concert or participation with them, are further hereby prohibited from, either directly or in collaboration with any person, using any of Footprint's designs, tools, or any other Footprint-owned information, work product, or other property. This prohibition specifically includes:

    a. The sale, trade, distribution, import, export, offer for sale or promotion in any way, of any fiber-based bowl, tray, lid, plate, cup, clamshell, cutlery, scoop, carrier, straw, or till that is itself, or is derived in any way from, Footprint's designs, tools, or any other Footprint-owned information, work product, or other property; and

    b. The use of tools which, though owned by Footprint and at one time bearing Footprint's Marks, may have been altered in some way, including by removing the Marks.

  3. The prohibitions in Paragraph 2 do not apply to (i) products that the Newtons or the Newton Entities procured for Green Thumb Produce, Inc. and that were received by Green Thumb before February 2, 2024, or (ii) two (2) containers of trays (containers numbered EGSU9123487 and CAIU4455268, respectively) that the Newtons or the Newton Entities procured for Green Thumb, and that, as of February 2, 2024, had already been shipped from China, which products do not bear any of the Footprint Marks.

  4. The Newtons and Newton Entities shall immediately direct Defendants Footprint Asia Limited, Eugene Chua, and Shanghai Footprint Lvke Environmental Protection Technology Group Co., Ltd. (doing business as G-COVE), and any other entity owned or controlled, in any way, by Eugene Chua, to immediately cease shipping any product that falls within Section 2(a) or 2(b).

  5. This preliminary injunction shall remain in effect until the conclusion of this litigation or further order from this Court.

  This stipulated Order does not in any way decide any of the factual or legal issues to be determined in the Complaint or forthcoming Answer thereto in this case. No party in this case may cite this Order for any purpose other than enforcement of same, including, without limitation, in support of any argument that such party is entitled to, or eligible for, an award of attorneys' fees and costs.

  Dated this 13th day of February, 2024.

*David G. Campbell*
David G. Campbell
Senior United States District Judge